# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| ROGER E. DENISON, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV 08-360-JHP-SPS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the Court's order of July 2nd, 2010, remanding this action for further administrative action under the fourth sentence of 42 U.S.C. §405 (g), of the Social Security Act, 42 U.S.C. §405(g), the court enters judgment in favor of Plaintiff and against Defendant in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.[1]

**IT IS SO ORDERED** this 2nd day of July, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

---

[1] A remand pursuant to sentence four does not allow for retention of district court jurisdiction. See Shalala v. Schaefer, _ U.S. _, 113 S.Ct. 2625 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).